UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GARY RUMBAUGH,

      Plaintiff,                    Case No. 21-cv-11690
                                      Hon. Matthew F. Leitman

v.

DTE ELECTRIC COMPANY SAVINGS
& STOCK OWNERSHIP PLAN FOR
EMPLOYEES REPRESENTED BY
LOCAL 223 OF THE UTILITY
WORKERS OF AMERICA, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

    **IT IS SO ORDERED.**

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  September 24, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 24, 2021, by electronic means and/or ordinary mail.

                                             s/Holly A. Monda
                                             Case Manager
                                             (810) 341-9764